

Michael T. Williams
303.244.1867
williams@wtotrial.com

April 7, 2016

**VIA ECF AND EMAIL**

The Honorable Richard J. Sullivan
United States District Court for the
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2104
New York, New York 10007
sullivannysdchambers@nysd.uscourts.gov

    Re:    *Franjul v. Kimberly-Clark Corporation*
              Case No. 15-cv-6200 (RJS)

Dear Judge Sullivan:

    I write on behalf of the parties to inform the Court that the parties have reached an agreement in principle to resolve the claims in this action and that the parties intend to file a Rule 41(a) voluntary dismissal with prejudice by no later than April 19, 2016.

                                Respectfully submitted,

                                Michael T. Williams
                                Wheeler Trigg O'Donnell, LLP
                                *Attorney for Defendants*

cc:    All counsel of record (via ECF)